UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Carlos Eduardo Dos Anjos Goncalves, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-12512-IT |
| | * | |
| Patricia Hyde, et al., | * | |
| | * | |
| Respondents. | * | |

ORDER TO SHOW CAUSE

September 11, 2025

TALWANI, D.J.

On September 10, 2025, Petitioner Carlos Eduardo Dos Anjos Goncalves filed a Notice of Apparent Government Violation [#6] of this court's Order Concerning Service of Petition and Stay of Transfer or Removal [#3] alleging, on information and belief, that Respondents engaged in an apparent violation of the Order by moving Petitioner outside the District of Massachusetts to the Buffalo Federal Detention Facility. Notice 1 [#6].

Respondents shall show cause, no later than Monday, September 15, 2025, why Respondents should not be held in contempt for failing to follow the court's Order staying transfer or removal.

IT IS SO ORDERED.

September 11, 2025                    /s/ Indira Talwani
                                       United States District Judge